IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VIOLET WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, Commissioner, )<br>Social Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-06-457-M |

## ORDER

On September 19, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation [docket no. 8] in this action brought pursuant 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of the Social Security Administration's decision. The Magistrate Judge recommends that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff was advised of her right to object to the Report and Recommendation by October 9, 2006. A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter *de novo*, the Court:

(1) ADOPTS the Report and Recommendation issued by Magistrate Judge Couch on September 19, 2006; and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 13th day of October, 2006.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE